UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILMA SANDERS,<br><br>             Plaintiff(s),<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, et al.,<br><br>             Defendant(s). | 2:12-CV-2172 JCM (NJK) |

**ORDER**

Presently before the court is defendants' motion to dismiss. (Doc. # 9). Plaintiff filed a response in opposition (doc. # 12), and defendants filed a reply (doc. # 17).

The parties in this case held an early neutral evaluation conference with Magistrate Judge Leen on April 4, 2013. At the conference, a global settlement was reached on all claims. The settlement moots the motion to dismiss.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants' motion to dismiss (doc. # 9) be, and the same hereby, is DENIED as moot.

DATED April 11, 2013.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**