1 | CLARK COUNTY SCHOOL DISTRICT
  | OFFICE OF THE GENERAL COUNSEL
2 | S. SCOTT GREENBERG, ESQ.
  | Nevada Bar No. 4622
3 | 5100 W. Sahara Ave.
  | Las Vegas, Nevada 89146
4 | (702) 799-5373
  | Attorney for Defendants,
5 | CCSD and McCain

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| WILMA SANDERS, | Case No.: |
| --- | --- |
| Plaintiff, | 2:12-cv-02172-JCM-NJK |
| v. | **STIPULATION AND ORDER FOR** |
| | **DISMISSAL WITH PREJUDICE** |
| CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the STATE OF NEVADA; DOUG McCAIN, an invidiaul; EMPLOYEE(S)/AGENT(S) DOES 1-10; AND ROE CORPORATIONS 11-20, inclusive, | |
| Defendants. | |

   COMES NOW, Plaintiff and Defendants Clark County School District ("District") and McCain, by and through their attorneys of record, and hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, and each party to bear its own costs and attorney's fees. The parties agree that neither party is a prevailing party in this action and neither party will seek any

. . .

. . .

. . .

. . .

. . .

. . .

. . .

attorney's fees or costs pursuant to any rule, statute or law, whether local, state or federal.

DATED this 17th day of April, 2013.

| | |
|---|---|
| GABROY LAW OFFICE<br>Attorneys at Law | CLARK COUNTY SCHOOL DISTRICT<br>OFFICE OF THE GENERAL COUNSEL |
| By: /s/<br>CHRISTIAN GABROY<br>Nevada Bar No. 8805<br>170 S. Green Valley Ranch<br>Suite 280<br>Las Vegas, NV 89012<br>Attorney for Plaintiff | By: /s/<br>S. SCOTT GREENBERG<br>Sr. Assistant General Counsel<br>Nevada Bar No. 4622<br>5100 W. Sahara Ave.<br>Las Vegas, NV 89121<br>Attorney for Defendants |

**IT IS SO ORDERED:**

Date: April 24, 2013

_____
U.S. DISTRICT COURT JUDGE

- 2 -